IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EDWARD LEE BODKIN,            )
                              )
            Petitioner,       )
                              )
    v.                        )
                              )    CASE NO.  2:12-CV-636-WKW
UNITED STATES OF              )              [WO]
AMERICA,                      )
                              )
            Respondent.       )
                              )

## ORDER

On January 8, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 9.)  Upon an independent review and upon consideration of the Recommendation, it is ORDERED as follows:

(1)    the Recommendation is ADOPTED;

(2)    Petitioner's 28 U.S.C. § 2255 petition is DENIED; and

(3)    this action is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 2nd day of February, 2015.

_____
        /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE